IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| ERICA MAHAN, individually and on behalf of all similarly situated individuals, | ) ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | Case No.: 10-cv-00426-KD-M |
| LABORATORY CORPORATION OF AMERICA A/K/A, D/B/A, "LCA COLLECTIONS," | ) ) ) ) | CLASS ACTION |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW Erica Mahan, Plaintiff, by and through the undersigned attorney, and respectfully requests this court for an allowance of fourteen (14) additional days in which to file her response to Defendant's Motion to Dismiss her amended complaint. This would make the response due on Wednesday, November 24, 2010 and the defendant's reply due on Wednesday, December 1, 2010. In support of this motion, Plaintiff states the undersigned has previously scheduled travel to attend the annual National Consumer Law Center Annual Conference on the date that the response is currently due. For this reason and due to his schedule, this additional time is needed to adequately reply. Counsel for Defendant has represented to the undersigned that they have no objection to the requested extension. The requested extension will not materially delay the prosecution of this litigation.

Respectfully submitted this 8th day of November, 2010.

1

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.
Attorney for the Plaintiff
Underwood & Riemer, PC
21 South Section Street
Fairhope, AL 36532
Telephone 251-990-5558
Facsimile 251-990-0626
epunderwood@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on November 8th 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ashley E. Swink
Phelps Dunbar LLP
PO Box 417
Gulf Shores, AL 36547

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.

---

[1] See exhibit "A" a copy of the home page of Lanier Collection Agency & Services, Inc., which also uses the acronym "LCA."