## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ERICA MAHAN,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | Case No: 2010-426-KD-M |
| | * | |
| **LCA COLLECTIONS,** | * | |
| | * | |
| Defendant. | * | |

### RESPONSE TO UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

COMES NOW LCA Collections, a division of Laboratory Corporation of America ("LabCorp"), by and through the undersigned attorneys, and states as follows:

As stated in Plaintiff's Motion, LabCorp does not oppose Plaintiff's request for Extension of time to file a response to Defendant's Motion to Dismiss (Doc. 19), however, LabCorp requests its reply be due on December 3, 2010, due to the intervening Thanksgiving holidays.

Respectfully submitted this 9th day of November, 2010.

**PHELPS DUNBAR LLP**

  //s//  Ashley E. Swink
ASHLEY E. SWINK    SWINA6234
*Attorneys for Defendant, Laboratory Corporation of America*

**PHELPS DUNBAR LLP**
Post Office Box 417
Gulf Shores, Alabama 36547
(251) 967-1080
(251) 967-1820 – fax
Ashley.Swink@phelps.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on November 9, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

  James D. Patterson (PATTJ485)
  Kenneth J. Riemer (RIEMK8712)
  Underwood and Reimer
  166 Government Street, Suite 100
  Mobile, AL 36602
  jpatterson@alalaw.com
  *Attorneys for Plaintiff*

               /s/ Ashley E. Swink
               ASHLEY E. SWINK
               Attorney