IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**Erica Mahan,**

    **Plaintiff,**

**v.**                                      **CIV. ACTION NO. 10-00426-KD-M**

**Laboratory Corporation of
America, d/b/a "LCA Collections,"**

    **Defendant.**

## JUDGMENT

In accordance with the order entered contemporaneously herewith, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the motion to dismiss (Doc. 17) filed in this case be and the same hereby is **GRANTED**, and that this case is **DISMISSED WITH PREJUDICE**.

DONE this the 4th day of March, 2011.

                                           s/ Kristi K. DuBose
                                           **KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**